UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**
    **James A. Livingston,**                                                Chapter 13 Case
        **Debtor**                                                          # 09-11329
_____

**James A. Livingston,**
        **Plaintiff,**
        v.                                                                  Adversary Proceeding
**Indy Mac Bank, FSB and**                                                 # 10-1011
**Federal National Mortgage Association**
        **Defendants.**
_____

*Appearances*:  Rebecca A. Rice , Esq.                                      Robert S. DiPalma, Esq.
                Rutland, VT 05701                                            Burlington, VT 05402
                *Attorney for Plaintiff*                                       *Attorney for Federal National*
                                                                                *Mortgage Association*

**ORDER**
**G**RANTING **I**N **P**ART AND **D**ENYING **P**ART
**D**EFENDANT'S **M**OTION **F**OR **S**UMMARY **J**UDGMENT

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion for summary judgment filed by the Federal National Mortgage Association on June 28, 2011 (doc. # 22) is granted with respect to count 1 of the complaint and is denied with respect to count 2 of the complaint.

      SO ORDERED.

October 20, 2011                                                                    _____
Burlington, Vermont                                                             Colleen A. Brown
                Filed & Entered                                         United States Bankruptcy Judge
                On Docket
                October 21, 2011